Trinh v Nguyen (2024 NY Slip Op 04721)

Trinh v Nguyen

2024 NY Slip Op 04721

Decided on September 27, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 27, 2024

PRESENT: WHALEN, P.J., CURRAN, BANNISTER, KEANE, AND HANNAH, JJ. (Filed Sept. 27, 2024.) 

MOTION NO. (909/22) CA 16-00350.

[*1]HOI TRINH, PLAINTIFF-APPELLANT, 
v
FATHER JOSEPH THIEN NGUYEN, DEFENDANT-RESPONDENT.

MEMORANDUM AND ORDER
Motion for leave to renew and other relief denied.